

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY  10007

**STEVE STAVRIDIS**
*Special Federal Litigation Division*
(212) 788-8698
(212) 788-9776 (fax)

November 25, 2009

**By ECF**
Senior Judge Frederic Block
United States Magistrate District
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Darry Bethea  v. City of New York, et al.; Claridsa Reyes  v. City of New York, et al.
         Index No. 09-CV-612(FB)(SMG)

Your Honor:

     I am the Assistant Corporation Counsel representing defendants in the referenced cases.[1] I am writing respectfully, with the consent of my adversary, to advise the Court that these two cases have been settled pursuant to the attached Stipulations of Settlement.  The parties hereby request that the Court so Order the attached Stipulations of Settlement and mark these two cases closed.

     I thank the Court for its attention to this matter.

                  Respectfully submitted,

                  Steve Stavridis
                  Assistant Corporation Counsel
                  Special Federal Litigation Division

---

[1] The case of Claridsa Reyes  v. City of New York, et al., 09-CV-712(BMC)(JO) was consolidated with the case of Darry Bethea v. City of New York, et al., 09-CV-612(BMC)(JO) under the latter case's index number by Order of this Court dated June 15, 2009.

- 2 -

cc:     Honorable Steven M. Gold, United States Magistrate Judge (via E.C.F.)

        Richard Cardinale, Esq.,  attorney for plaintiff (via E.C.F.)